UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ineye Bobmanuel,

                Petitioner,

v.

Denise Wilson,

              Respondent.

ORDER ADOPTING THE REPORT
AND RECOMMENDATION

Civ. No. 15-3159 (ADM/SER)

Based upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.  Bobmanuel's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**;

2.  Wilson's Motion to Dismiss the Petition [Doc. No. 10] is **GRANTED**; and

3.  This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 10, 2016

s/Ann D. Montgomery
Ann D. Montgomery, Judge
United States District Court